UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

             VS                                          CASE NO.  3:01-CR-64-001/LAC

    ALBERT L. HOWARD JR

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for:  X   Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:        Albert L. Howard Jr.    (Payee)
Address:   505 Woodcrest Way
           Pensacola, FL 32506

Receipt Number  3-2980

Date of Receipt   4/10/09

Motion: N/A

Explanation: A review of the payment records for Mr. Howard indicates an overpayment of $20.00. According to the court dockets and financial records, Mr. Howard does not owe any additional money and should be reimbursed $20.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:    s/Philip Detweiler
                Philip Detweiler, Financial Specialist         Date:  May 11, 2009

Referred by: Mary Maloy, Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 11th  day of May, 2009, that the Clerk refund the identified funds to the payee.

APPROVED        X

DENIED _____                         s/L.A. Collier
                                          LACEY A. COLLIER
                                          SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99